IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr175TSL-JCS

SHEMECA L. TERRELL

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, SHEMECA L. TAYLOR, without prejudice.

DUNN LAMPTON
United States Attorney

Date:  June 3, 2008

s/ Mary Helen Wall
By: MARY HELEN WALL
Assistant United States Attorney
Mississippi Bar No. 100857

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this  3rd  day of  June , 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE